# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 _____/ | No. C 08-80009 MISC PJH<br><br>**ORDER OF REFERENCE** |

Pursuant to Civil Local Rule 72-1, this matter is referred to a Magistrate Judge for a determination on Hans-Dieter Blaser's application for an order appointing Paul L. Warner as a Commissioner of the Court with the power to issue subpoenas, if permitted; or for a report and recommendation, if the Magistrate Judge does not have the authority to enter a final order.

**IT IS SO ORDERED.**

Dated: January 25, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge