UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 _____/ | No. C-08-80009 MISC PJH (EMC)<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

Hans-Dieter Blaser has filed an ex parte application asking for judicial assistance pursuant to 28 U.S.C. § 1782. Civil Local Rule 7-10 provides as follows:

> Unless otherwise ordered by the assigned Judge, a party may file an *ex parte* motion, that is, a motion filed without notice to opposing party, only if a statute, Federal Rule, local rule or Standing Order authorizes the filing of an *ex parte* motion in the circumstances and the party has complied with the applicable provisions allowing the party to approach the Court on an *ex parte* basis. The motion must include a citation to the statute, rule or order which permits the use of an *ex parte* motion to obtain the relief sought.

Civ. L.R. 7-10.

Mr. Blaser has not cited to any statute, rule, or order that permits the use of an ex parte motion to obtain the relief he seeks. He contends, however, that ex parte applications for judicial assistance are appropriate based on *In re Letters Rogatory from Tokyo District*, 539 F.2d 1216 (9th Cir. 1976). The Court does not find this case controlling. In *In re Letters Rogatory*, the request for judicial assistance came not from a party but rather from a foreign court, thus suggesting that there had been some level of judicial review prior to the discovery sought. *See id.* at 1217 ("'Letters

Rogatory for International Judicial Assistance' from Judge Tsuneyoshi Ishida of the Tokyo District Court, Japan, were presented ex parte to the district court for the Central District of California.").

Accordingly, the Court hereby orders Mr. Blaser to demonstrate why an ex parte motion is appropriate in the instant case consistent with Civil Local Rule 7-10. Mr. Blaser shall have a week from the date of this order to file any supplemental briefing. If he fails to do so, then Mr. Blaser shall serve a copy of his papers on all parties in the underlying litigation and file a copy of the proof of service with this Court; the Court shall then set a hearing date and briefing schedule.

IT IS SO ORDERED.

Dated: January 28, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2