# JMBM | Jeffer Mangels Butler & Marmaro LLP

Paul L. Warner
PWarner@jmbm.com

Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3824
(415) 398-8080   (415) 398-5584 Fax
JMBM.com

February 4, 2008

**VIA E-MAIL**

Hon. Edward M. Chen
United States Magistrate Judge
United States District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102-3661

      Re:   In Re Application Of Hans-Dieter Blaser For Judicial Assistance Pursuant To 28 U.S.C. § 1782
            (N.D. Cal. No. C-08-80009 MISC PJH (EMC)

Dear Magistrate Judge Chen:

      Pursuant to your Order Re Supplemental Briefing dated January 28, 2008, please be advised that Applicant Hans-Dieter Blaser has caused all of the pleading in this matter, together with Judge Hamilton's January 25, 2008 Order Of Reference and your Order to be served on respondent Seagate Technology. We will file a proof of service as soon as it has been obtained from our filing service.

      Very truly yours,

      PAUL L. WARNER of
      Jeffer, Mangels, Butler & Marmaro LLP

PLW:plw
cc:   Juergen R. Ostertag, Esq.
       Seagate Technology