1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (BAR # 54757)
2  TWO EMBARCADERO CENTER, FIFTH FLOOR
   SAN FRACISCO, CA. 94111-3824
3  TELEPHONE: 415 398-8080
4

5  PRYOR CASHMAN LLP
   JAMIE M. BRICKELL
6  JUERGEN R. OSTERTAG
7  410 Park Avenue
   New York, New York 10022
8  Telephone (212) 421-4100
9
   Attoeneys for Applicant Hans-Dieter Blaser
10

11

12

13  UNITED STATES DISTRICT COURT NORTHERN DISTRICT of CALIFORNIA
14  SAN FRANCISCO DIVISION
15

16

17

18  IN RE APPLICATION OF HAS-DIETER          Case No.: C 08-80009 MISC PJH
19  BLASER FOR JUDICIAL ASSISTANCE
20  PURSUANT TO 28 U.S.C. §1782             PROOF OF SERVICE
21

22

23

24

25

26  At the time of service I was at least eighteen (18) years of age and not a party to this action. I served
27  SEAGATE TECHNOLOGY, INC WITH COPIES OF THE FOLLOWING DOCUMENTS: Letter to
28  Judge Chen, Order Re Supplemental Briefing, Ex Parte Application for Judicial Assistance pursuant to
29  USC § 1782, Memorandum of Points and Authorities in Support of Application of Hans-Dieter Blaser
30  for Judicial Assistance pursuant to USC § 1782, Declaration of Lutz Schorler Partner of Schorler &

PROOF OF SERVICE

Page 1 of 2

1  Suetterlin, Compendium of Case Authority, Order Granting Application for Judicial Assistance
2  pursuant to USC § 1782, Notice of Reference and Order Re Discovery Procedures, Order of Reference.
3
4  I delivered the copies of the above documents to SEAGATE TECHNOLOGY, INC, A
5  MUNICIPALITY, on February 11, 2008 at 2:07 pm by serving Demetrious Mavrikis, Executive
6  administrative assistant to the General Council, person in charge.
7  Location where SEAGATE TECHNOLOGY, INC, was served is 920 Disc Drive, Scotts Valley,
8  California 95066, County of Santa Cruz.
9  I shortly there after on the same day of serving SEAGATE TECHNOLOGY, INC, mailed true copies of
10  the afore mentioned documents 1st class postage prepaid in a sealed envelope addressed as follows:
11  SEAGATE TECHNOLOGY, INC, 920 Disc Drive, Scotts Valley, California 95066
12  By depositing the sealed envelope with the UNITED STATES POSTAL SERVICE located in Soquel,
13  California.
14
15  I declare under penalty of perjury under the laws of the United STATES of AMERICA that the foregoing is true and correct.
16
17  Executed this 14th Day of February in the year two thousand and eight (2008)
18  ____Rodney Drumming_____                                    *Rodney Drumming* (signature)
19
20
21                                                                  Rodney Drumming
22                                                                  2860 Porter Street #416
                                                                    Soquel, California (95073)
23                                                                  831 786-8665
                                                                    Registration #66
24                                                                  County: Santa Cruz
25
26
27
28
29
30

PROOF OF SERVICE

Page 2 of 2