
**JMBM** | Jeffer Mangels Butler & Marmaro LLP

Paul L. Warner
PWarner@jmbm.com

Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3824
(415) 398-8080    (415) 398-5584 Fax
JMBM.com

69125-0001

March 7, 2008

**VIA E-MAIL**

Honorable Edward M. Chen
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3661

Re:    In Re Application Of Hans-Dieter Blaser For Judicial Assistance
Pursuant To 28 U.S.C. § 1782
<u>(N.D. Cal. No. C-08-80009 MISC PJH (EMC)</u>

Dear Magistrate Judge Chen:

We were informed by your office that the application of Hans-Dieter Blaser is to be served on Seagate GmbH, the German subsidiary of the respondent.  We kindly ask that your request be issued in the form of an Order so that we can see the legal grounds for your request to serve Seagate GmbH.  We fail to see any legal grounds to serve Seagate GmbH because it is not a party in the proceedings pending before you.

Very truly yours,

PAUL L. WARNER of
Jeffer, Mangels, Butler & Marmaro LLP

PLW:plw

cc:   Juergen R. Ostertag, Esq.
Seagate Technology