1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:   (415) 398-8080
   Facsimile:   (415) 398-5584
4

5  PRYOR CASHMAN LLP
   JAMIE M. BRICKELL
6  JUERGEN R. OSTERTAG
   410 Park Avenue
7  New York, New York 10022
   Telephone:   (212) 421-4100
8  Facsimile:   (212) 326-0806

9  Attorneys for Applicant Hans-Dieter Blaser

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 | CASE NO.   CV 08-80009 MISC   PJH

14 **IN RE APPLICATION OF HANS-DIETER** | **PROOF OF SERVICE RE: ORDER RE**
   **BLASER FOR JUDICIAL ASSISTANCE** | **APPLICANT'S MOTION TO RECONSIDER**
15 **PURSUANT TO 28 U.S.C. § 1782**
                                       | (Docket No. 10)
16

17

18

...

28

682461v1                               PROOF OF SERVICE RE: ORDER RE
                                       APPLICANT'S MOTION TO RECONSIDER

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On March 11, 2008 I served the document(s) described as ORDER RE APPLICANT'S MOTION TO RECONSIDER (DOCKET NO. 10) in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

General Council
Seagate Technology, Inc.
920 Disc Drive
Scotts Valley, CA 95066

☐ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At ____, I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on March 11, 2008 at San Francisco, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Angela Pereira

682461v1

- 2 -    PROOF OF SERVICE RE: ORDER RE APPLICANT'S MOTION TO RECONSIDER

From: customercare@overniteexpress.com
Sent: Tuesday, March 11, 2008 9:01 AM
To:
Subject: Overnite Express Delivery Confirmation



Shipment Number: 15337-000589-V10
Billed To Account Number: 15337
Shipper's Billing Reference: 69125-0001
Shipper Name:

Attention: Attention: General Council
Company / Residence: Seagate Technology, Inc.
Destination Address: 920 Disc Drive
City: Scotts Valley
Delivery Service: P
Ste/Flr:
ZIP: 95066

Delivery Scan: Scotts Valley 8:50 AM 3/11/2008

Recipient Signature: vivo
Delivery Time: 8:50 AM    Date: 3/11/2008

If you are having trouble viewing this email please click here

**OVERNITE EXPRESS delivers to California, Arizona, Nevada and Mexico.**

3/11/2008