Cynthia L. Jackson  (Bar No. 92340)
Michael N. Westheimer  (Bar No. 178938)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
Email:       cynthia.l.jackson@bakernet.com
                   michael.westheimer@bakernet.com

Attorneys for Seagate Technology LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | Case No.  C-08-80009 MISC PJH (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR INTRA-DISTRICT TRANSFER OF VENUE TO SAN JOSE DIVISION** |

  Hans-Dieter Blaser and Seagate Technology LLC (hereinafter referred to as the "parties"), by and through their respective counsel of record, hereby stipulate as follows:

  WHEREAS, Mr. Blaser initiated this miscellaneous action in this Court on January 23, 2008 seeking to subpoena documents in relation to litigation pending in Germany;

  WHEREAS, the Court previously issued orders in this action ruling the issues presented in Mr. Blaser's papers are to be addressed via a noticed motion, and ordering Mr. Blaser to effectuate service of the moving papers;

  WHEREAS, on February 15, 2008, Mr. Blaser filed a Proof of Service with the Court which shows that the action he intends to pursue in this Court arises in Scotts Valley, California, which is located in the county of Santa Cruz;

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/362544.1

Case No C-08-80009 MISC PJH (EMC)
STIPULATION AND [PROPOSED] ORDER FOR INTRA-DISTRICT TRANSFER OF VENUE

1  WHEREAS, although issues of whether service has been effected and the merits of the
moving papers are disputed, the parties agree that the Court's intra-district venue rules set forth in
Civil L.R. 3-2 provide that the proper venue for this action is the San Jose Division;

NOW, THEREFORE, Hans-Dieter Blaser and Seagate Technology LLC hereby stipulate and
mutually request that the Court vacate the current briefing schedule and hearing date in this action
and issue an order transferring this action to the San Jose Division, and upon transfer and completion
of service, that the Court set a new briefing schedule and hearing date on the pending motion in
accordance with the Court's prior rulings in this action.

Dated: March 12, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
Paul L. Warner
Attorneys for Hans-Dieter Blaser

Dated: March 12, 2008

BAKER & McKENZIE LLP

By: _____
Michael N. Westheimer
Attorneys for Seagate Technology LLC

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. Edward M. Chen
U.S. Magistrate Judge