Cynthia L. Jackson  (Bar No. 92340)
Michael N. Westheimer  (Bar No. 178938)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
Email:      cynthia.l.jackson@bakernet.com
            michael.westheimer@bakernet.com

Attorneys for Seagate Technology LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | Case No.  C-08-80009 MISC PJH (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINSITRATIVE MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE TO SAN JOSE DIVISION** |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/362567.1

Case No C-08-80009 MISC PJH (EMC)
ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | Case No.  C-08-80009 MISC PJH (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINSITRATIVE MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE TO SAN JOSE DIVISION** |

The Administrative Motion of Seagate Technology LLC for Intra-District Transfer of Venue to the San Jose Division came before this Court pursuant to Civil L.R. 3-2 and 7-11.  Having considered the arguments submitted by the parties and good cause appearing therefore, the administrative motion is GRANTED.

IT IS HEREBY ORDERED that: (1) the briefing schedule and hearing date for the pending motion, that is currently set to be heard on April 2, 2008 at 10:30 a.m., are hereby vacated, (2) this action shall be and hereby is transferred to the San Jose Division of this Court, which is the proper venue for this action under Civil L.R. 3-2, and (3) upon transfer of this action to the San Jose Division and Hans-Dieter Blaser's completion of service of the motion papers, a new briefing

1  schedule and hearing date for the pending motion shall be scheduled in accordance with the Court's
2  prior rulings in this action.
3      IT IS SO ORDERED.
4  Dated: _____, 2008

                                      Hon. Edward M. Chen
                                      U.S. Magistrate Judge