Cynthia L. Jackson  (Bar No. 92340)
Michael N. Westheimer  (Bar No. 178782)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone:  +1 650 856 2400
Facsimile:   +1 650 856 9299
Email:       cynthia.l.jackson@bakernet.com
             michael.westheimer@bakernet.com

Attorneys for Seagate Technology LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | Case No.  C-08-80009 MISC PJH (EMC) <br><br> **[PROPOSED] ORDER GRANTING ADMINSITRATIVE MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE TO SAN JOSE DIVISION** |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No C-08-80009 MISC PJH (EMC)
ORDER

PALDMS/362567.1

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10            SAN FRANCISCO DIVISION
11

12   IN RE APPLICATION OF HANS-DIETER          Case No.  C-08-80009 MISC PJH (EMC)
     BLASER FOR JUDICIAL ASSISTANCE
13   PURSUANT TO 28 U.S.C. SECTION 1782        [PROPOSED] ORDER GRANTING
                                               ADMINSITRATIVE MOTION FOR
14                                             INTRA-DISTRICT TRANSFER OF
                                               VENUE TO SAN JOSE DIVISION
15
16
17
18

19

20        The Administrative Motion of Seagate Technology LLC for Intra-District Transfer of Venue

21   to the San Jose Division came before this Court pursuant to Civil L.R. 3-2 and 7-11.  Having

22   considered the arguments submitted by the parties and good cause appearing therefore, the

23   administrative motion is GRANTED.

24        IT IS HEREBY ORDERED that: (1) the briefing schedule and hearing date for the pending

25   motion, that is currently set to be heard on April 2, 2008 at 10:30 a.m., are hereby vacated, (2) this

26   action shall be and hereby is transferred to the San Jose Division of this Court, which is the proper

27   venue for this action under Civil L.R. 3-2, and (3) upon transfer of this action to the San Jose

28   Division and Hans-Dieter Blaser's completion of service of the motion papers, a new briefing

Baker & McKenzie LLP
Palo Alto

1

PALDMS/362567.1

1  schedule and hearing date for the pending motion shall be scheduled in accordance with the Court's

2  prior rulings in this action.

3     IT IS SO ORDERED.

4  Dated: _March 17 __, 2008

5



IT IS SO ORDERED

Judge Phyllis J. Hamilton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Palo Alto

PALDMS/362567.1

Case No C-08-80009 MISC PJH (EMC)
ORDER