| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JEFFER, MANGELS, BUTLER & TWO EMBARCADERO 5th FLOOR SAN FRANCISCO   CA 94111 | 415/398-8080 | |
| | Ref. No. or File No. 69125-0001 | |
| ATTORNEY FOR (Name): | | |

Insert name of court and name of judicial district and branch court, if any.

UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:

RE: HANS-DIETER BLASER

| 112171 | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: C08-80009 MISC |
|---|---|---|---|---|

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

   LETTER TO JUDGE CHEN (DATED FEB.4,2008)
   ORDER RE: SUPPLEMENTAL BRIEFING
   EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE
   MEMORANDUM OF POINTS AND AUTHORITIES
   DECLARATION OF LUIZ SCHORLER, COMPENDIUM OF CASE AUTHORITY
   ORDER GRANTING APPLICATION
   NOTICE OF REFERENCE AND ORDER RE:DISCOVERY; ORDER OF REFERENCE
   ORDER GRANTING ADMINISTRATIVE MOTION
   ORDER RE: APPLICANT'S MOTION TO RECONSIDER
   STIPULATION & PROPOSED ORDER
   ADMINISTRATIVE MOTION OF SEAGATE TECHNOLOGY
   PROOF OF SERVICE RE: ORDER RE: APPLICANT'S MOTION TO RECONSIDER
   LETTER OF PAUL L. WARNER TO JUDGE CHEN

2. a. PARTY SERVED: SEAGATE TECHNOLOGY LLC

   b. PERSON SERVED: MARGARET WILSON

      RELATIONSHIP: AUTHORIZED AGENT, CT CORP.

   c. ADDRESS: 818 W. 7TH ST
              LOS ANGELES      CA 90017

3. I SERVED THE PARTY NAMED IN ITEM 2
   a. BY PERSONALLY DELIVERING THE COPIES ON 03-24-08 AT 2:39 PM

Continued on Next Page

**B.G.'S PROCESS SERVING**
"WE DISCOUNT PRICE, NOT SERVICE"
P.O. Box 7076, Fullerton, CA 92634
Office: (714) 526-0517 Facsimile: (714) 447-0334

d. Registered California process server
   (1) ☐ Employee or independent contractor
   (2) Registration No.   482
   (3) County   ORANGE

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 03/26/08

SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JEFFER, MANGELS, BUTLER & <br> TWO EMBARCADERO 5th FLOOR <br> SAN FRANCISCO   CA 94111 | 415/398-8080 <br> Ref. No. or File No. <br> 69125-0001 | |

ATTORNEY FOR (Name):

Insert name of court and name of judicial district and branch court, if any.

UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:

RE: HANS-DIETER BLASER

| 112171   PAGE   2 | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER: <br> C08-80009 MISC |
|---|---|---|---|---|

5.   PERSON SERVING: WILLIAM H GELNAW          FEE FOR SERVICE:$     75.00
     CONFORMS TO JUDICIAL COUNCIL FORM #982 (a) (23)

**B.G.'S PROCESS SERVING**
"WE DISCOUNT PRICE, NOT SERVICE"
P.O. Box 7076, Fullerton, CA 92634
**Office: (714) 526-0517 Facsimile: (714) 447-0334**

d.  Registered California process server
    (1) ☐ Employee or independent contractor
    (2) Registration No.    482
    (3) County    ORANGE

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:    03/26/08                                    →    _____
                                                              SIGNATURE