1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:   (415) 398-8080
   Facsimile:   (415) 398-5584
4

5  PRYOR CASHMAN LLP
   JAMIE M. BRICKELL
6  JUERGEN R. OSTERTAG
   410 Park Avenue
7  New York, New York 10022
   Telephone:   (212) 421-4100
8  Facsimile:   (212) 326-0806

9  Attorneys for Applicant Hans-Dieter Blaser

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13                                            CASE NO. 5:08-mc-80009-JW HRL

14  **IN RE APPLICATION OF HANS-DIETER**     **NOTICE OF HEARING ON APPLICATION**
    **BLASER FOR JUDICIAL ASSISTANCE**       **FOR JUDICIAL ASSISTANCE PURSUANT**
15  **PURSUANT TO 28 U.S.C. SECTION 1782**   **TO 28 U.S.C. SECTION 1782**

16
                                              Date:       June 24, 2008
17                                            Time:       10:00 a.m.
                                              Courtroom:  2, 5th Floor
18                                            Judge:      Magistrate Judge Howard R. Lloyd

19
20  TO:   EACH PARTY AND TO THE ATTORNEY OF RECORD IN THIS ACTION:

21
22        PLEASE TAKE NOTICE that on June 24, 2008, at 10:00 a.m. or as soon thereafter as the

23  matter may be heard in Courtroom 2, 5th Floor of this Court located at 280 South First Street, San

24  Jose, California, the applicant, Hans-Dieter Blaser ("Applicant" or "Blaser") respectfully submits to

25  the Court an Application that a subpoena issue to produce documents from a third party. The

26  Memorandum of Points and Authorities, Declaration of Lutz Schorler and Compendium of Case

27  Authority are filed concurrently herewith and all pleadings and documents on file with the Court,

28  and on such other and further matters as may be argued or judicially noticed at the hearing hereon.

| | | |
|---|---|---|
| 1 | DATED: May 14 , 2008 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| 2 | | PAUL L. WARNER |
| 3 | | |
| 4 | | By: /s/ Paul L. Warner |
| | | PAUL L. WARNER (Bar No. 54757) |
| 5 | | Attorneys for Applicant HANS-DIETER BLASER |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PRINTED ON
RECYCLED PAPER

728249v1

- 2 -    NOTICE OF HEARING CASE NO. CV 08-80009 MISC