1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:  (415) 398-8080
   Facsimile:   (415) 398-5584
4

5  PRYOR CASHMAN LLP
   JAMIE M. BRICKELL
6  JUERGEN R. OSTERTAG
   410 Park Avenue
7  New York, New York 10022
   Telephone:  (212) 421-4100
8  Facsimile:   (212) 326-0806

9  Attorneys for Applicant Hans-Dieter Blaser

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13  |                                          | CASE NO. 5:08-mc-80009-JW HRL
14  | IN RE APPLICATION OF HANS-DIETER         | PROOF OF SERVICE RE:
    | BLASER FOR JUDICIAL ASSISTANCE           | APPLICATION FOR JUDICIAL
15  | PURSUANT TO 28 U.S.C. SECTION 1782       | ASSISTANCE PURSUANT TO 28 U.S.C.
    |                                          | SECTION 1782
16
17                                             Date:       June 24, 2008
                                               Time:       10:00 a.m.
18                                             Courtroom:  2, 5th Floor
                                               Judge:      Magistrate Judge Howard R. Lloyd
19

728469v1

PROOF OF SERVICE CASE NO. CV 08-80009
MISC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On May 15, 2008 I served the document(s) described as

1. NOTICE OF HEARING ON APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782;

2. APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782;

3. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782;

5. DECLARATION OF LUTZ SCHORLER, PARTNER OF SCHORLER & SUETTERLIN;

4. COMPENDIUM OF CASE AUTHORITY;

5. [PROPOSED] ORDER GRANTING APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782;

in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (BY ELECTRONIC SERVICE TRANSMISSION via U.S. District Court, Northern Division, Case Management/Electronic Case Files, Filing System. I served a copy of the above-listed document(s) to the e-mail addresses of the addressee(s) by use as identified and maintained therein.

☐ (BY FAX) At       , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on May 15, 2008 at San Francisco, California.

728469v1    - 2 -    PROOF OF SERVICE CASE NO. CV 08-80009 MISC

1  ☒  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2

3

4  _____
                              Angela Pereira

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SERVICE LIST

Michael N. Westheimer, Esq.
Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304-1044