| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | PAUL L. WARNER (Bar No. 54757) |
| 2 | Two Embarcadero Center, Fifth Floor |
| | San Francisco, California 94111-3824 |
| 3 | Telephone:    (415) 398-8080 |
| | Facsimile:    (415) 398-5584 |
| 4 | |
| 5 | PRYOR CASHMAN LLP |
| | JAMIE M. BRICKELL |
| 6 | JUERGEN R. OSTERTAG |
| | 410 Park Avenue |
| 7 | New York, New York 10022 |
| | Telephone:    (212) 421-4100 |
| 8 | Facsimile:    (212) 326-0806 |

Attorneys for Applicant Hans-Dieter Blaser

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | CASE NO.    5:08-mc-80009 JW  HRL<br><br>**ORDER GRANTING APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** |

THIS MATTER, having been brought before this Court pursuant to 28 U.S.C. § 1782 by Applicant Hans-Dieter Blaser, through his counsel Jeffer, Mangels, Butler & Marmaro LLP, and Pryor Cashman LLP and the Court having considered the Application and all of the pleadings on record before it; and for good cause shown;

IT IS HEREBY ORDERED:

1. The Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 be, and hereby is, GRANTED;

2. Paul L. Warner of Jeffer Mangels Butler & Marmaro is hereby appointed Commissioner of the Court, with the power to issue subpoenas and/or other appropriate process

PRINTED ON
RECYCLED PAPER

656386v1

_____
ORDER GRANTING APPLICATION

requiring Seagate Technology ("Seagate") to respond to letters rogatory or subpoenas and produce documents within its possession, custody, or control, concerning the following subjects:

1. Any and all reports prepared by or on behalf of Seagate pertaining to any and all alleged violations of Iran boycott regulations that in any way mention, reference or implicate Hans-Dieter Blaser.

2. Any and all documents that were relied upon by Seagate or any of its agents in the preparation of any of the above-referenced documents; and

3. Any and all communications or filings with the United States government concerning the above-referenced documents and matter or otherwise concerning Hans-Dieter Blaser.

DATED: _____
UNITED STATES DISTRICT JUDGE

656386v1

- 2 -    ORDER GRANTING APPLICATION