Cynthia L. Jackson  (Bar No. 92340)
Michael N. Westheimer  (Bar No. 178938)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299
Email:      cynthia.l.jackson@bakernet.com
            michael.westheimer@bakernet.com

Attorneys for Seagate Technology LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | Case No.  5:08-mc-80009-JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782**<br><br>Date:       June 24, 2008<br>Time:       10:00 a.m.<br>Courtroom: 2<br>Judge:      Hon. Howard R. Lloyd |

Hans-Dieter Blaser and Seagate Technology LLC (hereinafter referred to as the "parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, pursuant to the prior Orders of the Court and reassignment of this matter to the San Jose Division, Mr. Blaser re-filed his Application for Judicial Assistance Pursuant to 28 U.S.C. Section 1782 and unilaterally served a Notice of Hearing noticing the matter for hearing on June 24, 2008, at 10:00 a.m. in Courtroom 2, the Honorable Magistrate Judge Howard R. Lloyd presiding;

WHEREAS, Seagate Technology LLC opposes the Application, and intends to file opposition papers pursuant to Court's Orders issued on January 28, 2008, March 10, 2008 and March 17, 2008, in accordance with the briefing schedule for noticed motion set forth in the Court's local rules;

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/367400.1

1

Case No5:08-mc-80009 JW (HRL)
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING

1  WHEREAS, counsel for Seagate Technology LLC has a scheduling conflict at the precise
2  date and time that Mr. Blaser noticed this matter for hearing – specifically, a previously-scheduled
3  hearing in Oakland, California in the action *Chang v. Taber*, Alameda County Superior Court,
4  Case No. RG08-381742, which is set on June 24, 2008 at 9:30 a.m. in Department 30, the
5  Honorable Kenneth M. Burr presiding;

6  WHEREAS, counsel for the parties have conferred on this issue, and have mutually agreed to
7  request a continuance of the hearing date and related deadlines in this matter by one week, so that
8  the hearing of this matter will be rescheduled to the mutually available date of July 1, 2008;

9  NOW, THEREFORE, Hans-Dieter Blaser and Seagate Technology LLC hereby stipulate
10  and mutually request that the Court vacate the current briefing schedule and hearing date in this
11  action, and issue an Order rescheduling the hearing date to July 1, 2008, at 10:00 a.m., with any
12  opposition papers due by June 10, 2008 and any reply papers due by June 17, 2008.

13  Dated:  May 19, 2008                    JEFFER, MANGELS, BUTLER &
                                             MARMARO LLP
14
15                                           By: _____
                                             Paul L. Warner
16                                           Attorneys for Hans-Dieter Blaser

17  Dated: May 19, 2008                     BAKER & McKENZIE LLP
18                                           By: _____
                                             Michael N. Westheimer
19                                           Attorneys for Seagate Technology LLC

20                                           **ORDER**

21  Good cause appearing, the hearing date for Mr. Blaser's Application for Judicial Assistance
22  Pursuant to 28 U.S.C. Section 1782 is rescheduled to July 1, 2008, at 10:00 a.m., with any
23  opposition papers due by June 10, 2008 and any reply papers due by June 17, 2008.

24  IT IS SO ORDERED.

25  Dated: _____, 2008

26                                           _____
                                             Hon. Howard R. Lloyd
27                                           U.S. Magistrate Judge

28

Baker & McKenzie LLP
Palo Alto

2

PALDMS/367400.1

Case No 5:08-mc-80009 JW (HRL)
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING