*E-filed 5/28/08*

Cynthia L. Jackson (Bar No. 92340)
Michael N. Westheimer (Bar No. 178938)
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
Email:      cynthia.l.jackson@bakernet.com
            michael.westheimer@bakernet.com

Attorneys for Seagate Technology LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | Case No.  5:08-mc-80009-JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782**<br><br>Date:       June 24, 2008<br>Time:       10:00 a.m.<br>Courtroom: 2<br>Judge:      Hon. Howard R. Lloyd |

    Hans-Dieter Blaser and Seagate Technology LLC (hereinafter referred to as the "parties"), by and through their respective counsel of record, hereby stipulate as follows:

    WHEREAS, pursuant to the prior Orders of the Court and reassignment of this matter to the San Jose Division, Mr. Blaser re-filed his Application for Judicial Assistance Pursuant to 28 U.S.C. Section 1782 and unilaterally served a Notice of Hearing noticing the matter for hearing on June 24, 2008, at 10:00 a.m. in Courtroom 2, the Honorable Magistrate Judge Howard R. Lloyd presiding;

    WHEREAS, Seagate Technology LLC opposes the Application, and intends to file opposition papers pursuant to Court's Orders issued on January 28, 2008, March 10, 2008 and March 17, 2008, in accordance with the briefing schedule for noticed motion set forth in the Court's local rules;

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/367400.1

1

Case No 5:08-mc-80009 JW (HRL)
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING

WHEREAS, counsel for Seagate Technology LLC has a scheduling conflict at the precise date and time that Mr. Blaser noticed this matter for hearing – specifically, a previously-scheduled hearing in Oakland, California in the action *Chang v. Taber*, Alameda County Superior Court, Case No. RG08-381742, which is set on June 24, 2008 at 9:30 a.m. in Department 30, the Honorable Kenneth M. Burr presiding;

WHEREAS, counsel for the parties have conferred on this issue, and have mutually agreed to request a continuance of the hearing date and related deadlines in this matter by one week, so that the hearing of this matter will be rescheduled to the mutually available date of July 1, 2008;

NOW, THEREFORE, Hans-Dieter Blaser and Seagate Technology LLC hereby stipulate and mutually request that the Court vacate the current briefing schedule and hearing date in this action, and issue an Order rescheduling the hearing date to July 1, 2008, at 10:00 a.m., with any opposition papers due by June 10, 2008 and any reply papers due by June 17, 2008.

Dated: May 19, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
Paul L. Warner
Attorneys for Hans-Dieter Blaser

Dated: May 19, 2008

BAKER & McKENZIE LLP

By: _____
Michael N. Westheimer
Attorneys for Seagate Technology LLC

## ORDER

Good cause appearing, the hearing date for Mr. Blaser's Application for Judicial Assistance Pursuant to 28 U.S.C. Section 1782 is rescheduled to July 1, 2008, at 10:00 a.m., with any opposition papers due by June 10, 2008 and any reply papers due by June 17, 2008.

IT IS SO ORDERED.

Dated: __May 28__, 2008

_____
Hon. Howard R. Lloyd
U.S. Magistrate Judge