| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| JEFFER, MANGELS, BUTLER & <br> TWO EMBARCADERO 5th FLOOR <br> SAN FRANCISCO   CA 94111 | 415/398-8080 <br> Ref. No. or File No. <br> 62960-0033 | |

ATTORNEY FOR *(Name)*:

Insert name of court and name of judicial district and branch court, if any.

UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:

HANS-DIETER V SEAGATE

| DATE: 113017 | TIME: | DEPT./DIV.: | CASE NUMBER: 5:08MC800009JW |
|---|---|---|---|

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON
THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

    NOTICE OF HEARING ON APPLICATION FOR JUDICIAL ASSISTANCE;
    APPLICATION FOR JUDICIAL ASSISTANCE;
    MEMORANDUM OF POINTS AND AUTHORITIES;
    COMPENDIUM OF CASE AUTHORITY; DECLARATION OF LUTZ SCHORLER
    PROOF OF SERVICE; PROPOSED ORDER

ON: SEAGATE TECHNOLOGY LLC

AT: 818 W 7TH ST.
    LOS ANGELES      CA

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

MARGARET WILSON                              TITLE: AGENT FOR SERVICE

ON: 05-16-08      AT: 02:39 PM


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: RYAN PRICE              FEE FOR SERVICE:     75.00


**B.G.'S PROCESS SERVING**
"WE DISCOUNT PRICE, NOT SERVICE"
P.O. Box 7076, Fullerton, CA 92634
Office: (714) 526-0517  Facsimile: (714) 447-0334

d. Registered California process server
   (1) ☐ Employee or independent contractor
   (2) Registration No. 2126
   (3) County   ORANGE

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 05/20/08

SIGNATURE