1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:  (415) 398-8080
   Facsimile:  (415) 398-5584
4

5  PRYOR CASHMAN LLP
   JAMIE M. BRICKELL
6  JUERGEN R. OSTERTAG
   410 Park Avenue
7  New York, New York 10022
   Telephone:  (212) 421-4100
8  Facsimile:  (212) 326-0806

9  Attorneys for Applicant Hans-Dieter Blaser

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13 | CASE NO. 5:08-mc-80009-JW HRL
14 IN RE APPLICATION OF HANS-DIETER    | STIPULATION AND [PROPOSED] ORDER
   BLASER FOR JUDICIAL ASSISTANCE       RE EXTENSION OF TIME TO FILE
15 PURSUANT TO 28 U.S.C. SECTION 1782   REPLY IN SUPPORT OF APPLICATION
                                        FOR JUDICIAL ASSISTANCE PURSUANT
16                                      TO 28 U.S.C. SECTION 1782
17
                                        Date:      July 1, 2008
18                                      Time:      10:00 a.m.
                                        Courtroom: 2, 5th Floor
19                                      Judge:     Magistrate Judge Howard R. Lloyd

20

21         Hans-Dieter Blaser ("Mr. Blaser") and Seagate Technology LLC ("Seagate")

22 (hereinafter referred to as the "Parties"), by and through their respective counsel of record, hereby

23 stipulate as follows:

24         WHEREAS, pursuant to the prior Orders of the Court and reassignment of this

25 matter to the San Jose Division, Mr. Blaser re-filed his Application for Judicial Assistance Pursuant

26 to 28 U.S.C. Section 1782 ("Application") and noticed the matter for hearing on June 24, 2008 at

27 10:00 a.m. in Courtroom 2, the Honorable Judge Howard R. Lloyd presiding;

28         WHEREAS, the Parties stipulated to have the hearing continued to July 1, 2008

1   because counsel for Seagate had a scheduling conflict. An Order was entered on May 28, 2008,
2   rescheduling the hearing to July 1, 2008, at 10:00 a.m. in Courtroom 2, with opposition papers due
3   by June 10, 2008 and any reply papers due by June 17, 2008.
4         WHEREAS, Mr. Blaser is having all of the pleadings filed in this matter translated
5   into German for his German counsel, and requests an extension of time to file the reply brief in
6   support if his Application.
7         WHEREAS, counsel for the Parties have conferred on this issue, and have mutually
8   agreed to stipulate to the extension of time for filing of the reply brief in this matter until June 24,
9   2008.
10        THEREFORE the Parties stipulate that Applicant Hans-Dieter Blaser may have an
11  extension of time through and including June 24, 2008 within which to file his Reply in support of
12  his Application

13  DATED: June 12, 2008         JEFFER, MANGELS, BUTLER & MARMARO LLP
14
15                               By: _____
                                      PAUL L. WARNER
16                               Attorneys for HANS-DIETER BLASER
17

18  DATED: June 12, 2008         BAKER & McKENZIE LLP
19
20                               By: _____
                                      MICHAEL N. WESTHEIMER
21                               Attorneys for SEAGATE TECHNOLOGY LLC

22                               **ORDER**
23  Good cause appearing, Mr. Blaser's Reply in Support of the Application for Judicial
24  Assistance Pursuant to 28 U.S.C. Section 1782 will be due on or before June 24, 2008.
25
26  DATED:_____        By: _____
                                      HON. HOWARD R. LLOYD
27                                    U.S. Magistrate Judge
28