*E-filed 6/17/08*

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:   (415) 398-8080
   Facsimile:   (415) 398-5584
4

5  PRYOR CASHMAN LLP
   JAMIE M. BRICKELL
6  JUERGEN R. OSTERTAG
   410 Park Avenue
7  New York, New York 10022
   Telephone:   (212) 421-4100
8  Facsimile:   (212) 326-0806

9  Attorneys for Applicant Hans-Dieter Blaser

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13  | | CASE NO. 5:08-mc-80009-JW HRL |
    |---|---|
    | IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 |
    | | **AS AMENDED BY THE COURT** |
    | | Date:      July 1, 2008 |
    | | Time:      10:00 a.m. |
    | | Courtroom: 2, 5th Floor |
    | | Judge:     Magistrate Judge Howard R. Lloyd |

21      Hans-Dieter Blaser ("Mr. Blaser") and Seagate Technology LLC ("Seagate")

22  (hereinafter referred to as the "Parties"), by and through their respective counsel of record, hereby

23  stipulate as follows:

24      WHEREAS, pursuant to the prior Orders of the Court and reassignment of this

25  matter to the San Jose Division, Mr. Blaser re-filed his Application for Judicial Assistance Pursuant

26  to 28 U.S.C. Section 1782 ("Application") and noticed the matter for hearing on June 24, 2008 at

27  10:00 a.m. in Courtroom 2, the Honorable Judge Howard R. Lloyd presiding;

28      WHEREAS, the Parties stipulated to have the hearing continued to July 1, 2008

1  because counsel for Seagate had a scheduling conflict. An Order was entered on May 28, 2008,
2  rescheduling the hearing to July 1, 2008, at 10:00 a.m. in Courtroom 2, with opposition papers due
3  by June 10, 2008 and any reply papers due by June 17, 2008.
4      WHEREAS, Mr. Blaser is having all of the pleadings filed in this matter translated
5  into German for his German counsel, and requests an extension of time to file the reply brief in
6  support if his Application.
7      WHEREAS, counsel for the Parties have conferred on this issue, and have mutually
8  agreed to stipulate to the extension of time for filing of the reply brief in this matter until June 24,
9  2008.
10     THEREFORE the Parties stipulate that Applicant Hans-Dieter Blaser may have an
11 extension of time through and including June 24, 2008 within which to file his Reply in support of
12 his Application

13 DATED: June 12, 2008                JEFFER, MANGELS, BUTLER & MARMARO LLP
14
15                                     By: _____
                                           PAUL L. WARNER
16                                         Attorneys for HANS-DIETER BLASER
17

18 DATED: June 12, 2008                BAKER & McKENZIE LLP
19
20                                     By: _____
                                           MICHAEL N. WESTHEIMER
21                                         Attorneys for SEAGATE TECHNOLOGY LLC

22                                     **ORDER**
23     Good cause appearing, Mr. Blaser's Reply in Support of the Application for Judicial
24 Assistance Pursuant to 28 U.S.C. Section 1782 will be due on or before June **20** 2008.
25
26 DATED: June 17, 2008                By: _____
                                           HON. HOWARD R. LLOYD
27                                         U.S. Magistrate Judge
28

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Paul Lewis Warner plw@jmbm.com
Michael Neil Westheimer michael.westheimer@bakernet.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date: JUNE 17, 2008 _____   _____MPK_____
Chambers of Magistrate Judge Howard R. Lloyd