*E-filed 6/17/08*

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:  (415) 398-8080
   Facsimile:   (415) 398-5584
4

5  PRYOR CASHMAN LLP
   JAMIE M. BRICKELL
6  JUERGEN R. OSTERTAG
   410 Park Avenue
7  New York, New York 10022
   Telephone:  (212) 421-4100
8  Facsimile:   (212) 326-0806

9  Attorneys for Applicant Hans-Dieter Blaser

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE APPLICATION OF HANS-DIETER BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782 | CASE NO. 5:08-mc-80009-JW HRL<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782<br><br>**AS AMENDED BY THE COURT**<br><br>Date:        July 1, 2008<br>Time:       10:00 a.m.<br>Courtroom: 2, 5th Floor<br>Judge:      Magistrate Judge Howard R. Lloyd |
|---|---|

Hans-Dieter Blaser ("Mr. Blaser") and Seagate Technology LLC ("Seagate") (hereinafter referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, pursuant to the prior Orders of the Court and reassignment of this matter to the San Jose Division, Mr. Blaser re-filed his Application for Judicial Assistance Pursuant to 28 U.S.C. Section 1782 ("Application") and noticed the matter for hearing on June 24, 2008 at 10:00 a.m. in Courtroom 2, the Honorable Judge Howard R. Lloyd presiding;

WHEREAS, the Parties stipulated to have the hearing continued to July 1, 2008

because counsel for Seagate had a scheduling conflict. An Order was entered on May 28, 2008, rescheduling the hearing to July 1, 2008, at 10:00 a.m. in Courtroom 2, with opposition papers due by June 10, 2008 and any reply papers due by June 17, 2008.

WHEREAS, Mr. Blaser is having all of the pleadings filed in this matter translated into German for his German counsel, and requests an extension of time to file the reply brief in support if his Application.

WHEREAS, counsel for the Parties have conferred on this issue, and have mutually agreed to stipulate to the extension of time for filing of the reply brief in this matter until June 24, 2008.

THEREFORE the Parties stipulate that Applicant Hans-Dieter Blaser may have an extension of time through and including June 24, 2008 within which to file his Reply in support of his Application

DATED: June 12, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
PAUL L. WARNER
Attorneys for HANS-DIETER BLASER

DATED: June 12, 2008

BAKER & McKENZIE LLP

By: _____
MICHAEL N. WESTHEIMER
Attorneys for SEAGATE TECHNOLOGY LLC

## ORDER

Good cause appearing, Mr. Blaser's Reply in Support of the Application for Judicial Assistance Pursuant to 28 U.S.C. Section 1782 will be due on or before June **20** 2008.

DATED: June 17, 2008

By: _____
HON. HOWARD R. LLOYD
U.S. Magistrate Judge

740693v1

- 2 -   STIPULATION AND [PROPOSED] ORDER TO FILE REPLY CASE NO. 08-mc-80009 JW (HRL)

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Paul Lewis Warner plw@jmbm.com
Michael Neil Westheimer michael.westheimer@bakernet.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date: JUNE 17, 2008        MPK
                           Chambers of Magistrate Judge Howard R. Lloyd