# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:  July 1, 2008                                         Time in Court: 27 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  In Re Application of Hans-Dieter Blaser for Judicial Assistance
**CASE NUMBER**: C08-80009JW
Plaintiff Attorney present: Paul Warner
Defendant Attorney present: Michael Westheimer

---

**PROCEEDINGS: Request for Judical Assistance**


Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.