\* E-filed 07/03/08\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE APPLICATION OF HANS DIETER-BLASER FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. SECTION 1782

No. 08-80009-JW (HRL)

INTERIM ORDER

**[Re Docket No. 19]**

_____/

      Hans Dieter-Blaser ("Blaser") is suing his employer, Seagate Technology GmbH ("Seagate Germany") for wrongful termination in the Labor Court Munich, Germany. In those proceedings, Seagate Germany must prove that it had "cause" to terminate Blaser. Apparently, Seagate Germany has alleged that its "cause" was Blaser's violations of a U.S. embargo against dealings with Iran.

      Seagate Germany is an affiliate of U.S.-based Seagate Technology, LLC ("Seagate U.S."). At some point, Blaser heard that Seagate U.S. prepared and submitted a "voluntary report" to the U.S. government, allegedly discussing the embargo violations, and detailing terminations of those employees (including Blaser) that committed them. Blaser initiated this action for judicial assistance to obtain this report from Seagate U.S. for his possible use in the German action.

      Both in its papers and at the hearing on July 1, 2008, counsel for Seagate U.S. vigorously opposed granting Blaser's application. It asserts that the report is extremely sensitive

and could damage or embarrass the company if disclosed to the public. These concerns may be legitimate, and raise the question of how could this court order that the report be turned over to Blaser and still protect Seagate U.S. from disclosure of the report or its information other than to the Labor Court Munich for consideration with respect to Blaser's claim. This court doubts that a garden variety protective order that it might issue would (1) extend to persons not under its jurisdiction, or (2) control what access others may have if the report is submitted to Labor Court Munich.

Accordingly, not later than July 21, 2008, counsel for Blaser shall submit supplemental briefing addressing the court's concerns. Counsel for Seagate U.S. may file any reply by July 31, 2008.

**IT IS SO ORDERED.**

Dated: 07/03/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

**Paul Lewis Warner**   plw@jmbm.com

**Michael Neil Westheimer**   michael.westheimer@bakernet.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:     07/03/08

                                              /s/ MPK
Chambers of Magistrate Judge Lloyd